**Order entered November 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01504-CV

### IN RE RAMIRO CHAPA, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-36350-P**

## ORDER
Before Justices Moseley, Lang-Miers, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

We **DIRECT** the Clerk to send a copy of the opinion and order to Ramiro Chapa, No. 84564-079, FCI Forrest City Medium, Federal Correctional Institution, P.O. Box 3000, Forrest City, Arkansas 72336.

We **DIRECT** the Clerk to send copies of relator's petition, this Court's opinion, and this order to the Presiding Judge of the 203rd Judicial District Court and to Michael Casillas, Appellate-Chief, Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE